■ In the Matter of Lamont Walker, Petitioner, v Brian Fischer, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [972 NYS2d 140]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered February 8, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.

■ The People of the State of New York, Respondent, v John J. Hawkins, Appellant. [972 NYS2d 139]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered October 17, 2011. The judgment, among other things, revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.